IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Roberta C. Smith,               :

    Plaintiff,              :

  v.                            :      Case No.  2:08-cv-0380

Michael J. Astrue,              :      JUDGE FROST
Commissioner of Social
Security,                       :

    Defendant.              :

### ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 8, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. This action is dismissed as untimely filed.


    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE